FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003081932

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX:    (559) 435-5656

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 08-18029-A-7 |
| JERRY RAY JARRETT and | DC No.: SAS-001 |
| JUDY ANN JARRETT | **MOTION FOR AUTHORIZATION TO SELL** |
| Debtors. | **Date:** December 16, 2010<br>**Time:** 9:00 a.m.<br>**Dept:** A<br>**Judge:** Honorable Whitney Rimel |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

1. Sheryl A. Strain duly appointed qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on December 9, 2008 and on December 10, 2008 Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is membership #1057 at Pismo Creek R.V. Resort, Inc. (membership).

5. The Trustee researched the value of the membership, and advertised it for sale at the Pismo R.V. Creek Resort.

6. The Trustee has received an offer from Janet Desherlia, to purchase the membership for the total sum of Eight Thousand and 00/100 Dollars ($8,000.00) cash and payment of the $250.00 transfer fee. The total sum of $8,000.00 has been received by the estate.

7. The membership is free and clear, the debtors have no exemption in the property, and the estate expects to net $8,000.00 from the sale of the membership.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to Janet Desherlia for the total sum of $8,000.00.

Dated: 11/17/10  /s/
Sheryl A. Strain
Chapter 7 Trustee